UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE WARREN WILLARD,<br><br>                     Petitioner,<br><br>                        v.<br><br>JOSIE GASTELO, Warden,<br><br>                     Respondent. | Case No. 2:19-05837 CJC (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE, ACCEPTING ORDER RE: MOTION FOR STAY, AND DISMISSING CASE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Answer, Petitioner's Request for Stay and Abeyance, the Magistrate Judge's Order Re: Petitioner's Motion for Stay and Abeyance, and all related filings, along with the Report and Recommendation of the assigned United States Magistrate Judge dated October 28, 2020 [Dkt. No. 11].

      Finding no objections on file, IT IS HEREBY ORDERED:

      1.      The United States Magistrate Judge's Order Re: Motion for Stay and Abeyance [Dkt. No. 8] is accepted;

2. The United States Magistrate Judge's Report and Recommendation [Dkt. No. 11] is accepted;

3. The Petition is dismissed with prejudice; and

4. Judgment is to be entered accordingly.

DATED: December 4, 2020

_____
THE HONORABLE CORMAC J. CARNEY
United States District Judge