JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE WARREN WILLARD, | Case No. 2:19-05837 CJC (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| JOSIE GASTELO, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, Accepting Order Re: Motion for Stay, and Dismissing Case, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: December 4, 2020  
_____  
THE HONORABLE CORMAC J. CARNEY  
United States District Judge